[No. 36391-7-II.  Division Two.  April 15, 2008.]

EVERGREEN STATE BUILDERS, LLC, ET AL., *Respondents*, v. SOUTHRIDGE SILVER CREEK, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-08048-9, Brian M. Tollefson, J., entered May 4, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 26049-6-III.  Division Three.  April 17, 2008.]

*In the Matter of the Marriage of* MICHAEL JOHN ROTH, *Appellant*, and DEBORA JEAN ROTH, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 90-3-00002-5, Richard W. Miller, J., entered March 26, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 26096-8-III.  Division Three.  April 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY G. MOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00037-0, Donald W. Schacht, J., entered April 16, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, J., and Thompson, J. Pro Tem.

[No. 26269-3-III.  Division Three.  April 17, 2008.]

JENNIFER MCCOY, *Individually and as Personal Representative*, ET AL., *Appellants*, v. JAMES R. ALDERSON ET AL., *Defendants*, THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00464-5, Allen Nielson, J., entered May 1, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.